December 31, 2015



# JUDGMENT

## The Fourteenth Court of Appeals

SARITA GARG, SMITH & GARG, LLC AND GARG & ASSOCIATES, PC, Appellants

NO. 14-14-00787-CV          V.

TUAN M. PHAM, Appellee

_____

This cause, an interlocutory appeal from the order denying appellant Sarita Garg, Smith & Garg, LLC, and Garg & Associates, PC's motion to compel arbitration signed August 25, 2014, was heard on the transcript of the record. We have inspected the record and find error. We therefore order the judgment of the court below **REVERSED** and **RENDER** judgment ordering arbitration of appellee Tuan M. Pham's claims against appellants Sarita Garg, Smith & Garg, LLC, and Garg & Associates, PC. We **REMAND** this case for proceedings consistent with this court's opinion, including the grant of an appropriate stay.

We further order that all costs incurred by reason of this appeal be paid by appellee, Tuan M. Pham.

We further order this decision certified below for observance.